Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Angela M. Powell (State Bar No. 191876)
  *amp@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants
CITY OF COLTON, OFFICER BRYAN
ACEVEDO and OFFICER GREGORY
CASTILLO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ESTATE OF CHRISTIAN VARGAS; ALICIA GUZMAN, as Guardian Ad Litem for minors A.C.V. and C.A.V.; STEPHANY EBARRA, as Guardian Ad Litem for minor A.F.E.; EDITH HERNANDEZ, Individually, and as Successor in Interest to CHRISTIAN VARGAS deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF COLTON; OFFICER BRYAN ACEVEDO; OFFICER GREGORY CASTILLO; and DOES 1-10, Inclusive,<br><br>Defendant. | Case No. 5:17-CV-01871 JGB (KKx)<br>[The Hon. District Judge, Jesus G. Bernal, Magistrate Judge, Kenly Kiya Kato]<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PORTIONS OF COMPLAINT**<br><br>[FRCP 12(b)(6)]<br><br>Date:   December 18, 2017<br>Time:   9:00 a.m.<br>Ctrm.:  1 |

After reading and considering the Motion To Dismiss Portions Of Complaint filed by Defendants, CITY OF COLTON, OFFICER BRYAN ACEVEDO and OFFICER GREGORY CASTILLO, and the papers filed in support of and in opposition to the motion, and good cause appearing,

IT IS HEREBY ORDERED THAT Defendants' Motion To Dismiss Portions Of Complaint is granted on the following grounds:

1. Plaintiffs' claim for punitive damages on the wrongful death claims – sixth claim for false imprisonment, seventh claim for battery, and eighth claim for negligence - are dismissed because punitive damages are not recoverable on a wrongful death claim.

IT IS SO ORDERED.

Dated: _____     By: _____
U.S. DISTRICT COURT JUDGE