Name, Address and Telephone Number of Attorney(s):

Richard T. Copeland, Esq. (SBN 213605)
CONFLICT SOLUTION SERVICES
450 N. Brand Boulevard, Suite 600
Glendale, California 91203
(310) 968-6070

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CHRISTIAN VARGAS, et.al.<br><br>Plaintiff(s)<br><br>v.<br><br>CITY OF COLTON, et.al.<br><br>Defendant(s). | CASE NUMBER<br><br>5:17-CV-01871-JGB (KKx)<br><br><br>**MEDIATION REPORT** |

**_Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report._**

1.  ☑ A mediation was held on (date): _November 11, 2021_ .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by L.R. 16-15.5(b).

    ☐ Did not appear as required by L.R. 16-15.5(b).

        ☐ Plaintiff or plaintiff's representative failed to appear.
        ☐ Defendant or defendant's representative failed to appear.
        ☐ Other:

3.  Did the case settle?

    ☑ Yes, fully, on _November 11, 2021_ (date).  , subject to the approval of the Court pursuant to minors' compromise petitions.

    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*

    ☐ Yes, partially, and further facilitated discussions are **not** expected.

    ☐ No, and further facilitated discussions are expected. *(No. 4 below.)*

    ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: _November 12, 2021_

_____
Signature of Mediator

_____
Richard Copeland
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*